STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SARAH E. GRISWOLD (CABN 240326)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5081
    sarah.griswold@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR 02-00247-PSG

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. ~~5:02-MJ-247~~ |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| JUAN GABRIEL NUNEZ, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Complaint against Juan Gabriel Nunez without prejudice and moves that the Court quash the arrest warrant issued in connection with the Complaint in this case against Juan Gabriel Nunez.

DATED: April 12, 2021

                                    Respectfully submitted,

                                    STEPHANIE M. HINDS
                                    Acting United States Attorney

                                    *Thomas A. Colthurst*
                                    THOMAS A. COLTHURST
                                    Deputy Chief, Criminal Division

1    Leave is granted to the government to dismiss the ~~indictment~~ complaint against Juan Gabriel Nunez. It is
2    further ordered that the arrest warrant issued in connection with the Complaint is quashed.

5    Date: April 12, 2021

     HON. ROBERT M. ILLMAN
     United States ~~District~~ Magistrate Judge